UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

MARC CAMILLE,

               Plaintiff,

– against –

NEW YORK PRESBYTERIAN HOSPITAL,

               Defendant.

------------------------------------- X

Case No. 16-CIV-4192 (VSB)

ECF

**RULE 7.1 STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Defendant The New York and Presbyterian Hospital (hereinafter referred to as the "Hospital") states that the Hospital is a New York not-for-profit corporation and that it does not have any publicly traded stock.

Dated: September 7, 2016
New York, New York

               EPSTEIN BECKER & GREEN, P.C.

               By:   /S/ JAMES S. FRANK
                      James S. Frank
                      Brian G. Cesaratto
               250 Park Avenue
               New York, NY  10177
               (212) 351-4500
               *Attorneys for Defendant The New York and Presbyterian Hospital*